**EXHIBIT "C"**

### IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| | |
|---|---|
| PEDRO EULALIA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2024-019053-CA-01 |
| FRONTIER AIRLINES, INC., | ) |
| Defendant. | ) |

TO:  **_Miami-Dade County Clerk_**          **_Plaintiff's Attorney_**

11th Circuit Court of Florida          Debi F. Chalik, Esq.
Miami-Dade County                      Law Offices of Chalik & Chalik
73 W. Flagler Street                   10063 N.W. 1st Court
Miami, Florida 33130                   Plantation, FL 33324
                                       Telephone: (954) 476-1000
                                       Email: litigation@chaliklaw.com

PLEASE TAKE NOTICE that on December 5, 2024, Defendant FRONTIER AIRLINES, INC., by their undersigned counsel, removed the above-captioned action to the United States District Court for the Southern District of Florida. A copy of Defendant's Notice of Removal is attached as Exhibit A, and is hereby served upon by you. Pursuant to 28 U.S.C. § 1446(b)(1), Defendant hereby files a copy of its Notice of Removal. The Court shall take no further action regarding the above-captioned lawsuit unless this case is remanded.

Dated: December 5, 2024                Respectfully submitted,

                                       /s/
                                       Christopher W. Wadsworth
                                       Florida Bar No. 78026
                                       E-Mail: cw@wmd-law.org
                                       E-Mail: pleadings@wmd-law.org
                                       261 NE 1st Street, 5th Floor
                                       Miami, Florida 33132
                                       (305) 777-1000 Telephone
                                       (305) 777-1001 Facsimile

                                       and

                                       Brian T. Maye, Esq.

(*pro hac vice* motion forthcoming)

FITZPATRICK, HUNT & PAGANO LLP
10 S La Salle St, Suite 3400
Chicago, Illinois 60603
Phone: (312) 728-4000
Email:brian.maye@fitzhunt.com

*Counsel for Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing document has been electronically filed and sent to Plaintiff through Clerk of the U.S. District Court for the Southern District of Florida by using the CM/ECF system on this 5th day of December, 2024, and by emailing a copy to Debi Chalik, 10063 N.W. 1st Court, Plantation, Florida 33324, Telephone: (954) 476-1000, Facsimile: (954) 472-1173, Email: litigation@chaliklaw.com.

                                **Wadsworth, Margrey & Dixon, LLP**

/s/ _____
Christopher W. Wadsworth
Florida Bar No. 78026
E-Mail: cw@wmd-law.org
E-Mail: pleadings@wmd-law.org
261 NE 1st Street, 5th Floor
Miami, Florida 33132
(305) 777-1000 Telephone
(305) 777-1001 Facsimile