# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

PEDRO EULALIA,

      Plaintiff,

vs.

FRONTIER AIRLINES, INC.,

      Defendant

CIVIL ACTION NO.

**DEFENDANT, FRONTIER AIRLINES, INC., CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant, FRONTIER AIRLINES, INC. ("Frontier"), discloses that it is wholly owned by Frontier Airlines Holdings, Inc. No publicly held corporation owns 10% or more of Frontier Airlines, Inc.'s stock.

Dated: December 5, 2024

Respectfully submitted,

*/s/ Christopher Wadsworth*
Christopher W. Wadsworth
Florida Bar No. 78026
E-Mail: cw@wmd-law.org
E-Mail: pleadings@wmd-law.org
261 NE 1st Street, 5th Floor
Miami, Florida 33132
(305) 777-1000 Telephone
(305) 777-1001 Facsimile

and

Brian T. Maye, Esq.
(*pro hac vice* motion forthcoming)
FITZPATRICK, HUNT & PAGANO LLP
10 S La Salle St, Suite 3400
Chicago, Illinois 60603
Phone: (312) 728-4000
Email: brian.maye@fitzhunt.com

*Counsel for Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing document has been electronically filed and sent to Plaintiff through Clerk of the U.S. District Court for the Southern District of Florida by using the CM/ECF system on this 5th day of December, 2024, and by emailing a copy to Debi Chalik, 10063 N.W. 1st Court, Plantation, Florida 33324, Telephone: (954) 476-1000, Facsimile: (954) 472-1173, Email: litigation@chaliklaw.com.

**Wadsworth, Margrey & Dixon, LLP**

*/s/ Christopher Wadsworth*
Christopher W. Wadsworth
Florida Bar No. 78026
E-Mail: cw@wmd-law.org
E-Mail: pleadings@wmd-law.org
261 NE 1st Street, 5th Floor
Miami, Florida 33132
(305) 777-1000 Telephone
(305) 777-1001 Facsimile