IN THE UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1-24-cv-24761-XXXX

PEDRO EULALIA

 Plaintiff,

v.

FRONTIER AIRLINES, INC.

 Defendant.

_____/

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

 Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned attorney, Christopher W. Wadsworth, of the law firm Wadsworth, Margrey & Dixon, LLP, will serve as Lead Counsel for Defendant, FRONTIER AIRLINES, Inc, in the above-styled action.

 Copies of all future pleadings and correspondence should be sent to the following e-mail addresses for the purposes of receiving pleadings, correspondence and all other papers:

  Primary: cw@wmd-law.org and tcarter@wmd-law.org

  Secondary: de@wmd-law.org; rachelv@wmd-law.org and

   pleadings@wmd-law.org

**[CERTIFICATE OF SERVICE IN THE FOLLOWING PAGE]**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, on **December 6, 2024.**

        **WADSWORTH, MARGREY, & DIXON, LLP**
*Attorneys for Defendant*
The Jane Building
261 N.E. 1st Street, 5th Floor
Miami, Florida 33132
(305) 777-1000 Telephone
(305) 777-1001 Facsimile

By: /s/ Christopher Wadsworth
Christopher W. Wadsworth, Esq.
Florida Bar No. 078026
E-mail: cw@wmd-law.org;
pleadings@wmd-law.org