IN THE UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1-24-cv-24761-XXXX

PEDRO EULALIA

 Plaintiff,
v.

FRONTIER AIRLINES, INC.

 Defendant.
_____/

## NOTICE OF FILING

COMES NOW, Defendant, FRONTIER AIRLINES, INC, and hereby gives notice of filing a copy of all process, pleadings, and orders served upon Defendant in the State Court Action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, on **December 13, 2024.**

           **WADSWORTH, MARGREY, & DIXON, LLP**
           *Attorneys for Defendant*
           The Jane Building
           261 N.E. 1st Street, 5th Floor
           Miami, Florida 33132
           (305) 777-1000 Telephone
           (305) 777-1001 Facsimile

           By: /s/ *David Echavarria*
           David Echavarria, Esq.
           Florida Bar No. 27720
           E-mail: de@wmd-law.org;
           rachelv@wmd-law.org