IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT AND FOR
MIAMI DADE COUNTY, FLORIDA

CASE NO:

PEDRO EULALIA,

     Plaintiff,

v

FRONTIER AIRLINES, INC.
A foreign profit corporation.

     Defendant.
_____/

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT

     The Plaintiff, PEDRO EULALIA, by and through his undersigned counsel, and pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, requests the Defendant, FRONTIER AIRLINES, INC, to produce the following for inspection and/or copying at the offices of the undersigned, within forty-five (45) days from the date of service of process upon the Defendants, and as grounds would state that these items are relevant and material and are not privileged and/or work product and that these items are otherwise not available to the Plaintiff.

1. Any and all accident reports made out in the routine course of business as a matter of company policy pertaining to the subject accident.

2. Any and all agreements entered into by the Defendants, FRONTIER AIRLINES, INC, involving wheelchair access for the Plaintiff.

3. Any and all liability policies covering the subject accident at the time of the incident.

4. Any and all surveillance videos, movies, and/or photographs of the Plaintiff, PEDRO EULALIA.

5. Any documents detailing the Plaintiff's reservation (Confirmation No. SIPHNH) made May 15, 2023.

6. Any and all policies and/or procedures Defendant's agents and/or employees must follow when a passenger requests a wheelchair to exit the gate.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by service of process to the Defendant together with the Summons and Complaint.

        **CHALIK & CHALIK, P.A.**
        Attorneys for Plaintiff
        10063 N. W. 1st Court
        Plantation, Florida 33324
        Tel.:   (954) 476-1000
        Fax:   (954) 472-1173
        Service:  litigation@chaliklaw.com

    By: /s/ Debi F. Chalik
        DEBI F. CHALIK
        Florida Bar No. 179566
        Debi@chaliklaw.com