IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT AND FOR
MIAMI DADE COUNTY, FLORIDA

CASE NO:

PEDRO EULALIA,

        Plaintiff,

v

FRONTIER AIRLINES, INC.
A foreign profit corporation.

        Defendant.
_____/

## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

Pursuant to Rule 1.370, Florida Rules of Civil Procedure, Defendants, FRONTIER AIRLINES, INC, are hereby requested to admit the truth of these matters hereinafter set forth on or by the forty-fifth (45) day after service hereof by answering in writing.

1. The accident, which is the subject of this case, was the fault of Defendant, FRONTIER AIRLINES, INC.

2. The Plaintiff, PEDRO EULALIA, is not comparatively negligent in any way with respect to the accident, which is the subject of this case.

3. As a result of the accident of May 15, 2023, Plaintiff, PEDRO EULALIA, has sustained injuries.

4. As a result of said accident, the Plaintiff, PEDRO EULALIA, has sustained medical bills in connection with the care and treatment of said injuries.

5. Defendant FRONTIER AIRLINES, INC., had knowledge of the Plaintiff's request for wheelchair assistance upon exiting the plane prior to the date of this accident.

6. Defendant FRONTIER AIRLINES, INC., was responsible for providing a wheelchair to the Plaintiff upon his exit of the aircraft at Miami International Airport.

7. Defendant FRONTIER AIRLINES, INC., failed to provide a wheelchair to the Plaintiff upon his exit of the aircraft at Miami International Airport.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through the Florida E-Filing Portal.

**CHALIK & CHALIK, P.A.**
Attorneys for Plaintiff
10063 N. W. 1st Court
Plantation, Florida 33324
Tel.: (954) 476-1000
Fax: (954) 472-1173
Service: litigation@chaliklaw.com

By: /s/ Debi F. Chalik
DEBI F. CHALIK
Florida Bar No. 179566
Debi@chaliklaw.com