IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT AND FOR
MIAMI DADE COUNTY, FLORIDA

CASE NO:

PEDRO EULALIA,

       Plaintiff,

v

FRONTIER AIRLINES, INC.
A foreign profit corporation.

       Defendant.
_____/

## PLAINTIFF'S NOTICE OF SERVING FIRST SET OF INTERROGATORIES

Plaintiff, PEDRO EULALIA, by and through her undersigned counsel, pursuant to applicable Rules of Civil Procedure, serves the First Set of Interrogatories to Defendant, FRONTIER AIRLINES, INC.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true correct copy of the foregoing was electronically filed via the E-Portal filing system and served via email on October 3, 2024:

**CHALIK AND CHALIK, P.A.**
Attorneys for Plaintiff
10063 N. W. 1st Court
Plantation, Florida 33324
Tel.:   (954) 476-1000
Fax:   (954) 472-1173
Designated e-mail: litigation@chaliklaw.com

By /s/ Debi Chalik
     DEBI F. CHALIK
     Florida Bar No. 179566