Filing # 209796650 E-Filed 10/29/2024 11:36:23 AM
Case 1:24-cv-24761-BB   Document 9-6   Entered on FLSD Docket 12/13/2024   Page 1 of 3

**EXHIBIT "F"**

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT AND FOR
MIAMI DADE COUNTY, FLORIDA

CASE NO: 2024-019053-CA-01

PEDRO EULALIA,

       Plaintiff,

v

FRONTIER AIRLINES, INC.
A foreign profit corporation.

       Defendant.
_____/

## CIVIL ACTION SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of Said State:**

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Interrogatories, Request for Admissions, and Request for Production in this action on Defendant:

**FRONTIER AIRLINES, INC.**

**By Serving its Registered Agent:**

**CORPORATION SERVICE COMPANY**
**1201 HAYS STREET**
**TALLAHASSEE, FL 32301-2525**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the **"Plaintiff/Plaintiff's Attorney"** named below.

**PLAINTIFF'S ATTORNEY:**

**DEBI F. CHALIK, ESQUIRE**
**LAW OFFICES OF CHALIK & CHALIK, P.A.**
**10063 N. W. 1st Court**
**Plantation, Florida  33324**
**(954) 476-1000**

### AMERICANS WITH DISABILITIES ACT OF 1990 ADA NOTICE

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the  scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.  Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "**Plaintiff/Plaintiff's Attorney**" (Demandante o Abogado del Demandante).

**PLAINTIFF'S ATTORNEY:**

**DEBI F. CHALIK, ESQUIRE**
**LAW OFFICES OF CHALIK & CHALIK, P.A.**
**10063 N. W. 1st Court**
**Plantation, Florida  33324**
**(954) 476-1000**

### LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org or Fax (305) 349-7355 por lo menos siete (7) días antes de la cita

fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."

# IMPORTANT

Des poursuites judiciaires ont été entreprises contre vous. Vous avez 20 jours consécutifs a partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal. Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez téléphoner à un service de référence d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de téléphones). Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en même temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au **"Plaintiff/Plaintiff 's Attorney"** (Plaignant ou à son avocat) nomme ci-dessous.

**PLAINTIFF'S ATTORNEY:**

      **DEBI F. CHALIK, ESQUIRE**
      **LAW OFFICES OF CHALIK & CHALIK, P.A.**
      **10063 N. W. 1st Court**
      **Plantation, Florida  33324**
      **(954) 476-1000**

### ACT DE 1990 POUR AMERICAINS HANDICAPES AVIS DE l' ADA

"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email: ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."

DATED:_____

CLERK OF THE COURT

By:_____
      DEPUTY CLERK