IN THE UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1-24-cv-24761-XXXX

PEDRO EULALIA

    Plaintiff,

v.

FRONTIER AIRLINES, INC.

    Defendant.

_____/

## NOTICE OF FILING

COMES NOW, Defendant, FRONTIER AIRLINES, INC, and hereby gives notice of filing the Docket Sheet in the State Court Action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, on **December 13, 2024.**

**WADSWORTH, MARGREY, & DIXON, LLP**
*Attorneys for Defendant*
The Jane Building
261 N.E. 1st Street, 5th Floor
Miami, Florida 33132
(305) 777-1000 Telephone
(305) 777-1001 Facsimile

By: /s/ *David Echavarria*
David Echavarria, Esq.
Florida Bar No. 27720
E-mail: de@wmd-law.org;
rachelv@wmd-law.org