

# JUAN FERNANDEZ-BARQUIN, ESQ.
## CLERK OF THE COURT AND COMPTROLLER
### MIAMI-DADE COUNTY

Contact Us      My Account      My Desk      

## CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK

**PEDRO EULALIA VS FRONTIER AIRLINES**

| | | | |
|---|---|---|---|
| **Local Case Number:** | 2024-019053-CA-01 | **Filing Date:** | 10/03/2024 |
| **State Case Number:** | 132024CA01905301GE01 | **Judicial Section:** | CA11 - Downtown Miami - Judge Eig, Spencer |
| **Consolidated Case No.:** | N/A | **Court Location:** | 73 West Flagler Street, Miami FL 33130 |
| **Case Status:** | OPEN | **Case Type:** | Comm Premises Liability |

≡ Related Cases — Total Of Related Cases: 0 ➕

👥 Parties — Total Of Parties: 2 ➕

⚖ Hearing Details — Total Of Hearings: 0 ➕

📶 Dockets — Total Of Dockets: 13 ➖

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 13 | 12/06/2024 | | Notice of Filing: | Event | **DEFENDANT FRONTIER AIRLINES INC'S NOTICE OF REMOVAL** |
| 📄 | 12 | 12/02/2024 | | Order Setting CM Deadline | Event | |
| | 11 | 10/30/2024 | | Receipt: | Event | **RECEIPT#:3140128 AMT PAID:$10.00 NAME:DEBI F CHALIK 10063 NW 1ST CT PLANTATION FL 33324-7006 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:EFILINGS TENDER AMT:$10.00 RECEIPT DATE:10/30/2024 REGISTER#:314 CASHIER:EFILINGUSER** |
| | 10 | 10/29/2024 | | Electronic Summons Email Notification Sent | Event | **DEBI F CHALIK** |
| | | 10/29/2024 | | 20 Day Summons Issued | Service | |
| 📄 | 9 | 10/29/2024 | | ESummons 20 Day Issued | Event | **RE: INDEX # 8.** Parties: Frontier Airlines |
| 📄 | 8 | 10/29/2024 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| | 7 | 10/05/2024 | | Receipt: | Event | **RECEIPT#:3240147 AMT PAID:$401.00 NAME:DEBI F CHALIK 10063 NW 1ST CT PLANTATION FL 33324-7006 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:EFILINGS TENDER AMT:$401.00 RECEIPT DATE:10/05/2024 REGISTER#:324 CASHIER:EFILINGUSER** |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 5 | 10/03/2024 | | Notice of Interrogatory | Event | |
| 4 | 10/03/2024 | | Request for Admissions | Event | |
| 3 | 10/03/2024 | | Request for Production | Event | |
| 2 | 10/03/2024 | | Complaint | Event | |
| 1 | 10/03/2024 | | Civil Cover Sheet - Claim Amount | Event | |

◀◀ BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer

### General

Online Case Home

Civil / Family Courts Information

Login

### Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us



Juan Fernandez-Barquin, Esq.
Clerk of the Court and Comptroller
Miami-Dade County

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2024 Clerk of the Court & Comptroller. All rights reserved.