IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT AND FOR
MIAMI DADE COUNTY, FLORIDA

CASE NO:

PEDRO EULALIA,

        Plaintiff,

v

FRONTIER AIRLINES, INC.
A foreign profit corporation.

        Defendant.

_____/

# COMPLAINT

The Plaintiff, PEDRO EULALIA, by and through his undersigned counsel, sues the Defendant, FRONTIER AIRLINES, INC., a Foreign Profit Corporation, and alleges as follows:

1. This is an action for damages in excess of Fifty Thousand Dollars ($50,000.00), exclusive of interest and costs.

2. The Plaintiff, PEDRO EULALIA is and was a resident of Bonita Springs, Lee County, Florida, is over the age of eighteen (18) years, and is otherwise *sui juris*.

3. At all times material hereto, Defendant, FRONTIER AIRLINES, INC., was and is a foreign corporation duly authorized to do business in the State of Florida.

4. On or about May 15, 2023, the Plaintiff, PEDRO EULALIA was an airline passenger upon Defendant, FRONTIER AIRLINES, INC., flight number F918 from Guatemala City, Guatemala to Miami, Florida.

5. After Plaintiff's arrival at Miami International Airport, Defendant FRONTIER AIRLINES, INC., was supposed to provide a wheelchair for Plaintiff since this was previously reserved by Plaintiff, for his safety.

6. Upon Plaintiff's exit from the plane, there was no wheelchair and he was instructed by Defendant's FRONTIER AIRLINES, INC., employee to take escalator to the third floor. As a result of Defendant's negligence in failing to provide said wheelchair, Plaintiff fell on the escalator striking his head.

## COUNT III - NEGLIGENCE AGAINST DEFENDANT FRONTIER AIRLINES, INC.

7. Plaintiff re-alleges all allegations in paragraphs 1 through 6 above as if alleged fully herein.

8. On or about May 15, 2023, the Defendant owed to Plaintiff, PEDRO EULALIA a fare-paying passenger to ensure he would be reasonably safe to traverse the Miami International Airport upon Plaintiff's arrival by way of providing a wheelchair.

9. Defendant FRONTIER AIRLINES, INC had knowledge of the Plaintiff's request for a wheelchair and knowledge of the Plaintiff's need for assistance to and from the gate due to his inability to walk long distances unassisted, as this request was made to the Defendant at the time the Plaintiff booked his reservation.

10. Defendant FRONTIER AIRLINES, INC. breached its duty to the Plaintiff, PEDRO EULALIA, by failing to provide a wheelchair for the Plaintiff upon his exit from the plane and instructing him to take an escalator to the third floor.

11. The Defendant knew or should have known it was placing Plaintiff, PEDRO EULALIA, in danger by forcing Plaintiff to walk and take an escalator.

12. That as a direct and proximate result of the aforementioned negligence, the Plaintiff, PEDRO EULALIA, was injured in and about his body and extremities, suffered physical handicap and/or aggravation of a pre-existing condition, physical and mental pain and suffering, permanent disability and disfigurement, medical and maintenance expenses and wage loss. Said injuries and losses are either permanent or continuing in nature and the Plaintiff will suffer such losses and impairments in the future.

WHEREFORE, Plaintiff, PEDRO EULALIA, sues the Defendant, FRONTIER AIRLINES, INC., and demands judgment for damages in excess of Fifty Thousand Dollars ($50,000.00), and further demands a trial by jury of all issues so triable.

DATED: October 3, 2024

**CHALIK & CHALIK, P.A.**
Attorneys for Plaintiff
10063 N. W. 1st Court
Plantation, Florida 33324
Tel.: (954) 476-1000
Fax: (954) 472-1173
Service: litigation@chaliklaw.com

By: /s/ Debi F. Chalik
DEBI F. CHALIK
Florida Bar No. 179566
Debi@chaliklaw.com