IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PEDRO EULALIA,                                          Case No. 1:24-cv-24761-BB

    Plaintiff,

v.                                                                      Hon. Beth Bloom

FRONTIER AIRLINES, INC.,

    Defendant.

_____/

## JOINT CONFERENCE REPORT AND DISCOVERY PLAN

Pursuant to Federal Rule of Civil Procedure 26(f), Loal Rule 16.1(b)(2), and this Court's pretrial order, Plaintiff PEDRO EULALIA and Defendant FRONTIER AIRLINES, INC., (collectively, the "Parties") file their Joint Conference Report and Discovery Plan, reflecting the matters discussed during their joint scheduling conference conducted on December 17, 2024:

### JOINT CONFERENCE REPORT

**(A) Likelihood of Settlement:**

Settlement is unlikely at this time.

**(B) Likelihood of Appearance in the Action of Additional Parties:**

The parties do not anticipate the appearance of any additional parties as of this time. We note, however, that third parties may have been involved in the process of deplaning the passengers from the subject flight and arranging for and providing wheelchair services at Miami International Airport.

**(C)  Proposed Time Limits with Schedule:**

The parties agree to the following:

| **Proposed Deadline** | **Event** |
|---|---|
| 1. Deadline to join additional parties or amend pleadings. | (a) Add additional parties: January 24, 2025;<br>(b) Amend pleadings: January 24, 2025. |
| 2. Deadline to file initial Rule 26(a)(1) disclosures. | January 17, 2025 |
| 3. Deadline to file a Proposed Order Scheduling Mediation, setting forth the name of the mediator and the date, time, and location of the mediation. | August 8, 2025 |
| 4. Deadline to complete fact discovery. | July 3, 2025 |
| 5. Deadline to disclose the identity of expert witnesses and to exchange expert witness summaries/reports pursuant to Rule 26(a)(2), Fed. R. Civ. P. Rebuttal disclosures are permitted and shall comply with the deadline set forth in Rule 26(a)(2)(C)(ii), Fed. R. Civ. P. | (a) Deadline for Plaintiff: July 25, 2025;<br>(b) Deadline for Defendant: August 22, 2025; and<br>(c) Deadline for Plaintiff's rebuttal expert witness disclosure: September 19, 2025. |
| 6. Deadline to complete all expert discovery. | November 14, 2025 |
| 7. Deadline for the filing of dispositive motions. | November 21, 2025 |
| 8. Deadline to complete mediation. | December 26, 2025 |
| 9. Deadline for the filing of pretrial motions, including motions in limine and Daubert motions. | January 23, 2026 |
| 10. Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e), S.D. Fla. And pretrial disclosures pursuant to Rule 26(a)(3). | February 20, 2026 |

| 11.  Deadline to file proposed jury instructions or proposed finding of fact and conclusions of law pursuant to Rule 16.1(k). | March 20, 2026 |
|---|---|
| 13.  Calendar Call | April 17, 2026 |
| 14.  Trial Date | May 1, 2026 |

**(D)** **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment.**

At this time, the parties have not made any decisions regarding the simplification of issues or eliminating claims and defenses.  Motions for summary judgment or partial summary judgment shall be filed in accordance with the time schedule above.

**(E)** **The necessity or desirability of amendments to the pleadings.**

The Defendant filed a motion to dismiss the complaint.  However, amendments shall be in accordance with the time schedule above.

**(F)** **The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding the authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence.**

The Parties anticipate that they will continue to confer in good faith and will work together during discovery to obtain admissions of fact and documents which will avoid unnecessary proof such as records custodians or other administerial testimony.  The Parties further anticipate that they will stipulate to the authenticity of documents about which there is no dispute regarding authenticity and will only seek advance rulings from the Court regarding the admissibility of evidence when the Parties cannot agree.

**(G)** **Suggestions for the avoidance of unnecessary proof and cumulative evidence.**

The Parties have no suggestions at this time.

**(H)  Suggestions on the advisability of referring matters to a Magistrate Judge or master.**

The Parties agree to refer discovery matters to the Magistrate Judge.

**(I)  A preliminary estimate of the time required for trial and the nature of the trial sought.**

A jury trial in this case is anticipated to take four (4) to five (5) days.

**(J)  Requested date or dates for conferences before trial, a final pretrial conference, and trial.**

(i)  Final Pre-Trial Conference: April 16, 2026

**(K)  Other information helpful to the court**

None at this time.

Respectfully submitted on December 20, 2024.

*Counsel for Defendant*

/s/ *David Echavarria*
David H Echavarria
FL Bar No. 027720
E-mail: de@wmd-law.com
Christopher W. Wadsworth, Esq.
Florida Bar No.: 078026
E-mail: cw@wmd-law.com
Service: pleadings@wmd-law.com
WADSWORTH, MARGREY & DIXON
261 NE 1st Street, 5th Floor
Miami, Florida 33132
Tel: (305) 777-1000

*Counsel for Frontier Airlines*

*Counsel for Plaintiff*

/s/ *Debi F. Chalik*
Debi F. Chalik
FL Bar No. 179566
CHALIK & CHALIK, P.A
10063 N.W. 1st Court
Plantation, Florida 33324
Tel: (954) 476-1000
Fax (954) 472-1173
E-mail: litigation@chaliklaw.com

*Counsel for Plaintiff Pedro Eulalia*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing has been filed with the Court via CM/ECF with a copy automatically served via email on all counsel of record on December 20, 2024.

                                  /s/ *David Echavarria*
                                  David H. Echavarria