IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PEDRO EULALIA,                                    Case No. 1:24-cv-24761-BB

    Plaintiff,

v.                                                Hon. Beth Bloom

FRONTIER AIRLINES, INC.,

    Defendant.

_____/

**JOINT PROPOSED SCHEDULING ORDER PURSUANT TO LOCAL RULE 16.1 (a)(2)(b)**

The Court, after considering the matters discussed in the parties' Joint Scheduling Report, finds that good cause exists for entry of this Joint Scheduling Order.

**A. Case Management Track**

This matter is assigned to the standard case management track pursuant to S.D. Fla. L.R. 16.1 (A)(2)(b).

**B. The following deadlines shall apply:**

| | |
|---|---|
| January 17, 2025 | The parties shall file their Rule 26(a) disclosures |
| January 24, 2025 | The Parties shall file motions to amend pleadings or add parties. |
| August 8, 2025 | The Parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| July 3, 2025 | The Parties shall complete all fact discovery |

| | |
|---|---|
| (a) Deadline for Plaintiff: July 25, 2025 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| Deadline for Defendant: august 22, 2025; and | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2) |
| September 9, 2025 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(2). |
| November 14, 2025 | The Parties shall complete all expert discovery. |
| November 21, 2025 | All pretrial motions, including all motions *in limine* and *Daubert* motions (which include motions to strike experts), must be filed. **This** |
| December 26, 2025 | The Parties shall complete mediation and file a mediation report with the Court. |
| January 23, 2026 | The parties shall file all pre-trial motions and memoranda of law. |
| February 20, 2026 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages; and 2) the legal elements of the defenses that are raised. |
| | Pre-trial Conference |
| | Trail Date |

SO ORDERED, this _____ day of _____, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

2

| *Counsel for Defendant* | *Counsel for Plaintiff* |
|---|---|
| David H Echavarria<br>FL Bar No. 027720<br>E-mail: de@wmd-law.com<br>Christopher W. Wadsworth, Esq.<br>Florida Bar No.: 078026<br>E-mail: cw@wmd-law.org<br>Service: pleadings@wmd-law.org<br>WADSWORTH, MARGREY & DIXON<br>261 NE 1st Street, 5th Floor<br>Miami, Florida 33132<br>Tel: (305) 777-1000<br>*Counsel for Frontier Airlines* | Debi F. Chalik<br>FL Bar No. 179566<br>CHALIK & CHALIK, P.A<br>10063 N.W. 1st Court<br>Plantation, Florida 33324<br>Tel: (954) 476-1000<br>Fax (954) 472-1173<br>E-mail: litigation@chaliklaw.com<br>*Counsel for Pedro Eulalia* |