UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-cv-24761-BB

PEDRO EULALIA,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brian T. Maye of the law firm of Fitzpatrick, Hunt & Pagano, LLP, 10 S La Salle St, Suite 3400, Chicago, Illinois 60603, for purposes of appearance as co-counsel on behalf of Frontier Airlines, Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Maye to receive electronic filings in this case, and in support thereof states as follows:

    1.    Brian T. Maye is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of Illinois Bar (Bar Number: 6288778). Mr. Maye is also a member in good standing with respect to the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan; the U.S. Court of Appeals for the 7th Circuit; the U.S. Court of Appeals for the 10th Circuit; the United States District Court for the Eastern District of Wisconsin; the United States District Court for the District of Colorado; the United States District Court for the Western District of

New York; the United States Court of Appeals for the Armed Forces; the United States District Court for the Northern District of Indiana; and the United States District Court for the Western District of Pennsylvania.

2. Movant, David H. Echavarria, Esquire, of the law firm of Wadsworth, Margrey & Dixon, LLP, 261 N.E. 1st Street, 5th Floor, Miami, Florida 33132, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Brian T. Maye has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Brian T. Maye, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brian T. Maye at email address: brian.maye@fitzhunt.com.

WHEREFORE, David Echavarria moves this Court to enter an Order Brian T. Maye, to appear before this Court on behalf of Frontier Airlines, for all purposes relating to the proceedings

in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brian T. Maye.

Date: December 31, 2024                                Respectfully submitted,

                                                            /s/ *David Echavarria*

                                        David H. Echavarria
                                        027720
                                        de@wmd-law.org
                                        Wadsworth, Margrey & Dixon, L.L.P.
                                        The Jane Building
                                        261 N.E. 1st Street, 5th Floor
                                        Miami, Florida 33132
                                        Tel: (305) 777-1000

                                        Attorneys for Frontier Airlines, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-cv-24761-BB

PEDRO EULALIA,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.
_____/

### CERTIFICATION OF BRIAN T. MAYE

Brian T. Maye, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of Illinois Bar and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ *Brian T. Maye*

Brian T. Maye
Bar No. 6288778
brian.maye@fitzhunt.com
Fitzpatrick, Hunt & Pagano, LLP
10 S LaSalle Street, Suite 3400
Chicago, IL 60603

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:24-cv-24761-BB

PEDRO EULALIA,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

                                   /

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Brian T. Maye, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

The Motion is GRANTED. Brian T. Maye may appear and participate in this action on behalf of Frontier Airlines, Inc. The Clerk shall provide electronic notification of all electronic filings to Brian T. Maye, at brian.maye@fitzhunt.com.

    DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record