UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-24761-BLOOM/Elfenbein

PEDRO EULALIA,

    Plaintiff,

v.

FRONTIER AIRLINES INC.,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

    The mediation conference in this case shall be held on **April 2, 2025**, at **1:00 p.m.** with Frank Allocca via Zoom video conference. On or before **April 7, 2025**, the parties shall file a mediation report indicating whether all required parties participated in the mediation. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, whether the mediator declared an impasse, and whether participation was by video conference or in person. The parties may not reschedule the mediation without leave of court.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on January 14, 2025.

                                                        BETH BLOOM
                                                        UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record