IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


PEDRO EULALIA,                                    Case No. 1:24-cv-24761-BB

      Plaintiff,


v.                                                 Hon. Beth Bloom


FRONTIER AIRLINES, INC.,

      Defendant.

_____/

### JOINT MOTION FOR LEAVE OF COURT TO RESET MEDIATION

Plaintiff, PEDRO EULALIA ("Mr. Eulalia" or "Plaintiff") Defendant, FRONTIER AIRLINES, INC, ("Defendant" or "Frontier") by and through their undersigned counsel hereby file this joint motion to reset mediation set for April 2, 2025, and states as follows:

1. This case arises from a negligence action stemming from a fall that allegedly occurred on or about May 15, 2023.

2. On January 14, 2025, upon agreement of the parties, this Honorable Court entered an order scheduling mediation for April 2, 2025, at 1:00 pm

3. Both Plaintiff and Defendant request leave to reset the mediation outside of 90 days but prior to the mediation deadline to allow the parties to conduct additional discovery that remains outstanding.

WHEREFORE, Plaintiff, PEDRO EULALIA and Defendant, FRONTIER AIRLINES, INC, respectfully requests that this Honorable Court enter an Order allowing leave to reset the

mediation currently set for April 2, 2025, and grant any and all further relief this Court deems just

and proper.


*Counsel for Defendant*

*|s| David H. Echavarria*

David H Echavarria
FL Bar No. 027720
E-mail: de@wmd-law.com
Christopher W. Wadsworth, Esq.
Florida Bar No.: 078026
E-mail: cw@wmd-law.org
Service: pleadings@wmd-law.org
WADSWORTH, MARGREY & DIXON
261 NE 1st Street, 5th Floor
Miami, Florida 33132
Tel: (305) 777-1000
*Counsel for Frontier Airlines*

*Counsel for Plaintiff*

*|s| Debi F. Chalik*

Debi F. Chalik
FL Bar No. 179566
CHALIK & CHALIK, P.A
10063 N.W. 1st Court
Plantation, Florida 33324
Tel: (954) 476-1000
Fax (954) 472-1173
E-mail:
litigation@chaliklaw.com
*Counsel for Pedro Eulalia*