IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PEDRO EULALIA,                                    Case No. 1:24-cv-24761-BB

    Plaintiff,

v.                                                Hon. Beth Bloom

FRONTIER AIRLINES, INC.,

    Defendant.

_____/

## JOINT RE-NOTICE OF MEDIATION

Plaintiff, PEDRO EULALIA and Defendant, FRONTIER AIRLINES, INC., (collectively, the "Parties") give notice of the mediation scheduled in this matter:

**DATE:** August 20, 2025.

**TIME:** 10:00 AM EST

**MEDIATOR:** Frank Allocca, Esq.
    Florida Mediation Group,
    44 West Flager St. 19th floor,
    Miami, FL 33130.
    mediate@floridamediation.com

The mediation will be conducted by zoom or similar teleconference platform to be administered by the office of Frank Allocca, Esq.

Respectfully submitted on: **April 10, 2025.**

*Counsel for Defendant*

*/s/ David Echavarria*

David H Echavarria
FL Bar No. 027720
E-mail: de@wmd-law.com
Christopher W. Wadsworth, Esq.
Florida Bar No.: 078026
E-mail: cw@wmd-law.com
Service: pleadings@wmd-law.com
WADSWORTH, MARGREY & DIXON
261 NE 1st Street, 5th Floor
Miami, Florida 33132
Tel: (305) 777-1000

*Counsel for Frontier Airlines*

*Counsel for Plaintiff*

*/s/ Debi F. Chalik*

Debi F. Chalik
FL Bar No. 179566
CHALIK & CHALIK, P.A
10063 N.W. 1st Court
Plantation, Florida 33324
Tel: (954) 476-1000
Fax (954) 472-1173
E-mail: litigation@chaliklaw.com

*Counsel for Plaintiff Pedro Eulalia*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed with the Court via CM/ECF with a copy automatically served via email on all counsel of record on **April 10, 2025.**

*/s/ David Echavarria*
David H. Echavarria

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-24761-BB [Hon. Beth Bloom]

PEDRO EULALIA,

Plaintiff

vs

FRONTIER AIRLINES, INC.,

Defendant
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Frank Allocca, Esq., on August 20th, 2025, at 10:00 am via zoom link.

ENTERED this ___ day of _____, 20 ___.

_____
U.S. District Judge

Copies furnished:
All counsel of record