UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-24761-BLOOM/Elfenbein

PEDRO EULALIA,

    Plaintiff,

v.

FRONTIER AIRLINES INC.,

    Defendant.

_____/

## ORDER RESCHEDULING MEDIATION

**THIS CAUSE** is before the Court upon the Joint Motion for Leave to Reset Mediation,[1] and Notice of Mediation, ECF Nos. [25], [29]. Accordingly, the Court's Order Scheduling Mediation, ECF No. [24], is **AMENDED** as follows:

The mediation conference in this case shall be held on **August 20, 2025**, at **10:00 a.m.** with Frank Allocca via Zoom video conference. On or before **August 25, 2025**, the parties shall file a mediation report indicating whether all required parties participated in the mediation. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, whether the mediator declared an impasse, and whether participation was by video conference or in person. The parties may not reschedule the mediation without leave of court.

---

[1] The Court granted the Joint Motion for Leave to Reset Mediation on March 28, 2025. *See* ECF No. [27].

Case No. 24-cv-24761-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 10, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record